1 | BLANK ROME LLP
2 | Caroline P. Donelan (SBN 268762)
    caroline.donelan@blankrome.com
3 | Nicole Wentworth (SBN 33400)
    nicole.wentworth@blankrome.com
4 | 2029 Century Park East, 6th Floor
5 | Los Angeles, CA 90067
    Telephone:  424.239.3400
6 | Facsimile:   424.239.3434
7 |
8 | Attorneys for Defendant,
    CUBESMART

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

LARON TAYLOR,

              Plaintiffs,

vs.

CUBESMART, a Maryland corporation; and DOES 1 through 50, inclusive,

              Defendants.

Case No. 2:25-cv-1052-JDP

**[PROPOSED] ORDER RE STIPULATION TO STAY ACTION PENDING RESOLUTION OF ARBITRATION**

---

**[PROPOSED] ORDER**

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that, pursuant to the Parties' recitals and stipulation, as set forth in the previously filed Joint Stipulation to Stay Action Pending Resolution of Arbitration [ECF 6], the Court hereby orders as follows:

1. Pursuant to the terms of the Parties' arbitration agreement, the Parties shall submit this matter to final and binding arbitration to be administered by American Arbitration Association ("AAA"), in accordance with the current AAA employment arbitration rules;

2. The above-entitled action is stayed pending completion of arbitration; and

3. The parties shall file a status report every sixty days apprising the court of the status of arbitration.

IT IS SO ORDERED.

Dated: June 26, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER